IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIPE NAVARRO,

    Plaintiff,

v.                                                                       CV No. 16-1180 MCA/CG

STATE OF NEW MEXICO DEPARTMENT
OF PUBLIC SAFETY, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court upon *Defendants' Unopposed Motion to Modify Discovery and Pretrial Deadlines*, (Doc. 111), filed July 21, 2017. **IT IS HEREBY ORDERED** that a hearing on the motion will be held by telephone on **Monday, July 24, 2017, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE