IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FELIPE NAVARRO, as Personal Representative
of the Estate of Angel Daniel Navarro, deceased,
VANESSA SOLORZANO, as Guardian of
ARIEL AMIA NAVARRO and ISABELLA
SALEEN NAVARRO, Minors, MONICA
NAVARRO, FELIPE MEZA NAVARRO and
FELIPE MIGUEL NAVARRO,

    Plaintiffs,

v.                                                       Civ. No. 16-1180 KG/CG

STATE OF NEW MEXICO DEPARTMENT
OF PUBLIC SAFETY, BOARD OF COMMISSIONERS
FOR THE COUNTY OF SOCORRO, OFFICER FRANCIS
ALGUIRE, Individually, OFFICER JOSE CARLOS,
Individually, SHERIFF WILLIAM ARMIJO, Individually,
JOHN DOES 1-10, JANE DOES 1-10,

    Defendants.

## ORDER VACATING PRETRIAL ORDER DEADLINES

On January 31, 2018, the Court held a telephonic hearing on Plaintiffs' Motion for Leave to Extend the Pretrial Order Deadline and Request for a Status Conference, filed on January 19, 2018. (Doc. 236). Erika Anderson and Louren Oliveras represented Plaintiffs; Mark Standridge represented the State Defendants; and Luis Roble represented the County Defendants.

Having heard from counsel and agreeing with counsel, the Court grants Plaintiffs' request to extend the pretrial order deadline. Hence, the Court vacates the present pretrial order deadlines, which the Court will reset at a future time.

IT IS SO ORDERED.

                                                                                  UNITED STATES DISTRICT JUDGE